[No. 50422-3-I. Division One. August 25, 2003.]

KIDISTI SELLASSIE ORTHODOX TEWEHADO ERITREAN CHURCH, ET AL., *Respondents*, v. ISSAC MEDIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-26558-0, Michael Heavey, J., entered April 23, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 50708-7-I. Division One. August 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BIN PARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02202-9, Michael Hayden, J., entered July 3, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 27484-1-II; 27800-6-II. Division Two. August 26, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN R. HARRISON, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-00784-1 and 01-1-00323-4, James R. Orlando and D. Gary Steiner, JJ., entered June 1, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27748-4-II. Division Two. August 26, 2003.]

*In the Matter of the Marriage of* MARTIN FORREST SEILER, *Appellant*, and MARY ANN SEILER, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-3-00130-4, F. Mark McCauley, J., entered September 5, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.